HANKINSON *et al. v.* HANKINSON.

PER CURIAM. This case came before the court consisting of the entire bench of six Justices; the question being whether or not the court erred in overruling general and special demurrers to the petition. The court being evenly divided, Russell, C. J., and Hill and Hines, JJ., being of the opinion that the court did not err, and Beck, P. J., and Atkinson and Gilbert, JJ., being of the contrary opinion, the judgment of the trial court stands affirmed by operation of law.

No. 5252. JANUARY 15, 1927.

Equitable petition. Before Judge Franklin. Burke superior court. December 18, 1925.

*James A. Kennedy, E. V. Heath, G. C. Anderson, Paul T. Chance,* and *Hammond & Kennedy,* for plaintiffs in error.

*Callaway & Howard,* contra.

Appeal and Error, 4 C. J. p. 1122, n. 35.